UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| AUGUSTUS A. ADAMS, and DIANE ADAMS,<br><br>Plaintiffs,<br><br>v.<br><br>4520 CORP., INC., individually and as successor-in-interest to BENJAMIN F. SHAW COMPANY; et al.,<br><br>Defendants. | Civil Action No. 4:21-cv-00151-FL |

## ORDER

This matter is before the Court upon motion by Plaintiffs, AUGUSTUS A. ADAMS and DIANE ADAMS, and Defendant, FMC CORPORATION, on behalf of its former Construction Equipment Group and its former Peerless Pump business, to dismiss *with prejudice* all claims against Defendant FMC CORPORATION only, on behalf of its former Construction Equipment Group and its former Peerless Pump business only in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against FMC CORPORATION, on behalf of its former Construction Equipment Group and its former Peerless Pump business *with prejudice,* and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs, AUGUSTUS A. ADAMS and DIANE ADAMS be dismissed *with prejudice*, as to FMC CORPORATION only, and each party to bear its own costs.

This the 23rd day of June, 2023.

                                                             United States District Court Judge