IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| AUGUSTUS A. ADAMS and DIANE ADAMS, <br><br> Plaintiffs, <br><br> v. <br><br> 4520 CORP., INC., individually and as successor-in-interest to BENJAMIN F. SHAW COMPANY, *et al.*, <br><br> Defendants. | ) CIVIL ACTION NO. 4:21-CV-00151-FL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER ON JOINT MOTION TO DISMISS REDCO CORPORATION ONLY

**THIS MATTER** is before the Court upon the motion by Plaintiffs Augustus Adams and Diane Adams and Defendant Redco Corporation, formerly known as Crane Co., to dismiss with prejudice the above-captioned Plaintiffs' claims as against only Defendant Redco Corporation.

For the reasons stated in the Joint Motion to Dismiss Redco Corporation Only, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss Redco Corporation Only is **GRANTED**, and all of the Plaintiffs' claims against Defendant Redco Corporation are hereby **DISMISSED WITH PREJUDICE**.

Each party is to bear its own costs.

IT IS SO ORDERED.

Date: 7/27/23      Signed: *Louise W. Flanagan*
                            Louise Wood Flanagan
                            United States District Judge

1