IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No.: 4:21-cv-00151-FL

| | |
|---|---|
| AUGUSTUS A. ADAMS and DIANE M. ADAMS, <br><br> Plaintiffs, <br><br> v. <br><br> 4520 CORP, INC., individually and as successor-in-interest to BENJAMIN F. SHAW COMPANY, et al., <br><br> Defendants. | ORDER |

This matter is before the Court upon motion by Plaintiffs, Augustus A. Adams and Diane M. Adams and Defendant Air & Liquid Systems Corporation, to dismiss with prejudice all claims against Air & Liquid Systems Corporation in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against Air & Liquid Systems Corporation with prejudice, and that the motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the action of Plaintiffs, Augustus A. Adams and Diane M. Adams against Defendant Air & Liquid Systems Corporation, be DISMISSED WITH PREJUDICE. Each party to bear its own costs.

This the 5th day of October, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge