IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL FILE NO. 4:21-CV-00151-FL

AUGUSTUS A. ADAMS AND
DIANE ADAMS,

    PLAINTIFFS,

V.

4520 CORP., INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BENJAMIN F. SHAW COMPANY; *ET AL.*,

    DEFENDANTS.

## **ORDER ON JOINT MOTION TO DISMISS HOWDEN NORTH AMERICA INC. ONLY**

**THIS MATTER** is before the Court upon the motion by Plaintiffs Augustus A. Adams and Diane Adams and Defendant Howden North America Inc., formerly known as Howden Buffalo Inc., individually and as successor-in-interest to Buffalo Forge Company, ("Defendant Howden"), to dismiss with prejudice the above-captioned Plaintiffs' claims as against only Defendant Howden.

For the reasons stated in the Joint Motion to Dismiss Howden Only, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss Howden North America Inc. Only is **GRANTED**, and that all of the Plaintiffs' claims against Defendant Howden are hereby **DISMISSED WITH PREJUDICE.**

Each party is to bear its own costs.

IT IS SO ORDERED.

Date: 10/19/23

                              */s/ Louise W. Flanagan*
                            LOUISE W. FLANAGAN
                            United States District Judge