IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No.: 4:21-cv-00151-FL

| | |
|---|---|
| AUGUSTUS A. ADAMS and DIANE M. ADAMS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     **ORDER**<br>) |
| 4520 CORP, INC., individually and as successor-in-interest to BENJAMIN F. SHAW COMPANY, et al., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the Court upon motion by Plaintiffs, Augustus A. Adams and Diane M. Adams and Defendant Goulds Pumps LLC, to dismiss with prejudice all claims against Goulds Pumps LLC in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Goulds Pumps LLC with prejudice, and that the motion should be granted for good cause shown;

IT IS THEREFORE ORDERED that the action of Plaintiffs, Augustus A. Adams and Diane M. Adams against Defendant Goulds Pumps LLC only, be DISMISSED WITH PREJUDICE. Each party to bear its own costs.

This the 20th day of November, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge