IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

AUGUSTUS A. ADAMS and
DIANE ADAMS,

    Plaintiffs,

v.

4520 CORP., INC., et al.,

    Defendants.

C/A No. 4:21-cv-00151-FL

## ORDER OF DISMISSAL

This matter comes before the court on the Joint Motion to Dismiss (Doc. 331).

For the reasons stated in the motion, and for good cause shown,

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED, and all of Plaintiffs' claims against the Defendant Daniel International Corporation are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs and fees.

This 7th day of February, 2024.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge